UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-15936 |
| | ) | |
| Jesus Gasca Yanez & Elizabeth Rosales Yanez, | ) ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING COUNSEL TO WITHDRAW APPEARANCES
AS ATTORNEY FOR JESUS GASCA YANEZ & ELIZABETH ROSALES YANEZ**

This matter came to be heard on the Motion (the "Motion") to Withdraw Appearances as Attorneys for Jesus Gasca Yanez & Elizabeth Rosales Yanez filed by Paul M. Bauch and Kenneth A. Michaels Jr. (the "Movants"),

IT IS HEREBY ORDERED that Movants' appearances for Jesus Gasca Yanez & Elizabeth Rosales Yanez are hereby withdrawn, effective as of October 28, 2023.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: December 14, 2023

**Prepared by:**

Paul M. Bauch (ARDC #6196619)
Kenneth A. Michaels Jrs. (ARDC #6185885)
BAUCH & MICHAELS, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
Office: (312) 588-5000
Fax: (312) 427-5709