UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   20-15936 |
| JESUS GASCA YAÑEZ & ELIZABETH | ) | |
| ROSALES YAÑEZ | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING SUBSTITUTION OF COUNSEL FOR THE DEBTORS

This case is before the Court on the Debtors' motion for the entry of an order, pursuant to Bankr. N.D. Ill. L.R. 2090-5(3), authorizing the substitution of counsel for the Debtors,

IT IS HEREBY ORDERED:

1. Carolina Y. Sales of Robbins DiMonte, Ltd. is hereby substituted as counsel for the Debtors.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  December 14, 2023

**Prepared by:**

Carolina Y. Sales (ARDC #6287277)
ROBBINS DIMONTE, LTD.
180 N. LaSalle St., Suite 3300
Chicago, Illinois 60601
Tel: (312) 782-9000
csales@robbinsdimonte.com